IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ROBERT C. CAMP,** | ) | No. 13 B 01028 |
| | ) | |
| Debtor(s). | ) | |

## N O T I C E

TO:   Office of the United States Trustee – Service through CM/ECF
      Thomas F. Fezzey – Service through CM/ECF
      Robert C. Camp, 1600 Heather Lane, Darien, IL  60561

     PLEASE TAKE NOTICE that on the 8th day of April, 2016 at the hour of 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable DONALD R. CASSLING, Bankruptcy Judge, at the Kane County Courthouse, 100 South Third Street, Courtroom No. 240, Geneva, Illinois, or before such other Judge as may be sitting in his place and stead, and then and there present the attached Application, at which time and place you may appear, if you so see fit.

                                      /s/GINA B. KROL
                                      GINA B. KROL
                                      105 W. Madison St., Suite 1100
                                      Chicago, IL 60602
                                      312/368-0300

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS |
| COUNTY OF COOK | ) |

   GINA B. KROL, being first duly sworn on oath, deposes and states that she served a copy of the foregoing Notice together with a copy of the Application attached hereto on the persons shown above, via CM/ECF System and/or US Mail, this 14th day of March, 2016.

                                      /s/  GINA B. KROL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ROBERT C. CAMP,** | ) | No. 13 B 01028 |
| | ) | |
| Debtor(s). | ) | |

### APPLICATION FOR AUTHORITY TO PAY SPECIAL COUNSEL, MEDICAL LIENS AND EXEMPTION TO DEBTOR

TO THE HONORABLE **DONALD R. CASSLING**
   BANKRUPTCY JUDGE

Now comes **GINA B. KROL**, Trustee herein, and respectfully represents unto this Honorable Court as follows:

1. She is the duly appointed, qualified and acting Chapter 7 Trustee in the above-entitled proceeding.

2. The Trustee has employed by Court Order Benjamin Kelly, as special counsel to pursue a potential personal injury action, a rear end automobile accident.

3. The Trustee retained Benjamin Kelly on the same contingency fee arrangement he had with the Debtor: 40% of any gross recovery received by settlement or judgment plus reimbursement of expenses.

4. A mandatory arbitration award has been entered in the amount of $550,000.00 with multiple medical liens attaching to said settlement in the amount of $209,821.80. After payment of the debtor's claimed exemption of $15,000.00, the net proceeds to the estate is $92,160.10. A breakdown of said liens is attached hereto.

7. Pursuant to the contingency fee agreement, Benjamin Kelly as Special Counsel has requested compensation of $220,000.00 plus reimbursement of expenses

in the amount of $13,018.10.

**WHEREFORE,** GINA B. KROL, Trustee herein, prays for the entry of an Order authorizing the Trustee to pay special counsel fees in the amount of $220,000 and expenses in the amount of $13,018.10, medical liens totaling $209,821.80 and the debtor's exemption in the amount of $15,000.00; and for such other and further relief as the Court shall deem proper.

                                                **GINA B. KROL**, Trustee

GINA B. KROL
COHEN & KROL
105 W. Madison St., Suite 1100     BY:   /s/ Gina B. Krol
Chicago, IL 60602                           One of Attorneys for Trustee
312/368-0300

The Vrdolyak Law Group, LLC

# Settlement Statement

|  |  |
|---|---|
| FILE NUMBER: | 28892 |
| ATTORNEY(S): | SCA |

CLIENT: **ROBERT CAMP**
CASE NAME: CAMP VS. VENHUIZEN
CASE NUMBER: 13 M6 000930

## SETTLEMENT AMOUNT

$ **550,000.00**

## DISTRUBUTION

| ATTORNEY FEE | $ 220,000.00 | (40% Contract Atty's Fee) |
| COSTS REIMBURSED | 13,018.10 | |

233,018.10

## LIENS/SUBROGATION REIMBURSEMENT

| ILLINOIS NEUROSPINE INSTITUTE | (63,115.96) | 63,115.96 |
| NORTHWESTERN HOSPITAL | (8,765.00) | 6,978.52 |
| SC @ 900 NO SURGERY CTR. | (94,882.57) | 66,542.72 |
| AMBULATORY ANESTHESIA | (11,320.00) | 8,475.40 |
| THERA CORE | (1,560.00) | 1,167.99 |
| AMERICAN MRI | (3,400.00) | 2,545.62 |
| PINNACLE PAIN CTR. | (7,690.00) | 5,757.58 |
| OAK BROOK SURGICAL CTR. | (19,094.60) | 15,000.00 |
| OAKBROOK ANESTHESIA | (1,125.00) | 842.30 |
| OAK BROOK RADIOLOGY | (2,725.00) | 2,040.00 |
| STAND UP MRI | (1,800.00) | 1,347.68 |
| EQMD | (40,767.00) | 26,580.00 |
| NEW SCRIPT | (2,570.00) | 1,924.19 |
| RX SOLUTIONS | (10,022.35) | 7,503.84 |

442,839.90

## AMOUNT DISTRIBUTED TO CLIENT

**ROBERT CAMP**

$ **107,160.10**

## ACCEPTANCE:

I (We) understand the forgoing Settlement Statement and accept the Settlement and Distribution stated herein and am (are) aware that all hospital and doctor bills and all other bills arising out of this injury are my responsibility if they are not listed above.

_____          _____
Date                      Signed

                          _____
                          Signed

Disbursed By:_____          Client's Initials
Class: nst.lit                    Merch _____
Merch_____ Folder _____         Folder _____
KR

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ROBERT C. CAMP,** | ) | No. 13 B 01028 |
| | ) | |
| Debtor(s). | ) | |

**NOTICE OF HEARING ON MOTION FOR AUTHORITY TO PAY SPECIAL COUNSEL,
MEDICAL LIENS AND EXEMPTION TO DEBTOR**

TO:   ALL CREDITORS AND PARTIES IN INTEREST

YOU ARE HEREBY NOTIFIED that GINA B. KROL, Trustee herein, by and through her Attorneys, COHEN & KROL, filed her Application to Pay Special Counsel, Medical Liens and Exemption to Debtor in the above-captioned matter.

YOU ARE FURTHER NOTIFIED that at the time of the Chapter 7 filing, the Debtor, ROBERT C. CAMP, had a personal injury action, a rear end automobile accident.

YOU ARE FURTHER NOTIFIED that a mandatory arbitration award has been entered in the amount of $550,000.00 with medical liens attaching in the amount of $209,821.80.  Pursuant to the contingency fee agreement, Benjamin Kelly has requested compensation in the amount of $220,000.00 plus reimbursement of expenses in the amount of $13,018.10.  After payment of medical liens and the debtor's exemption of $15,000.00, net proceeds to the estate will amount to $92,160.10.

YOU ARE FURTHER NOTIFIED that a hearing has been set on the Trustee's Application for April 8, 2016 at 10:30 a.m. before the Honorable Donald R. Cassling, Bankruptcy Judge, Courtroom No. 240, at the Kane County Courthouse, 100 S. 3rd Street, Geneva, Illinois.  Any party objecting to said compromise, may appear at the above time and place.

COHEN & KROL
105 W. Madison St., Ste 1100
Chicago, IL 60602                             /s/ Gina B. Krol
3l2/368-0300                                     GINA B. KROL, Attorney for Trustee

```
Label Matrix for local noticing           CITIMORTGAGE, INC.                        HUDSON CITY SAVINGS BANK
0752-1                                    c/o Codilis & Associates, P.C.            c/o Codilis and Associates, P.C.
Case 13-01028                             15W030 North Frontage Road, Suite 100     15W030 North Frontage Road, Suite 100
Northern District of Illinois             Burr Ridge, IL 60527-6921                 Burr Ridge, IL 60527-6921
Chicago
Fri Mar 11 13:21:21 CST 2016

U.S. Bankruptcy Court                      CitiMortgage, Inc.                       American InfoSource LP as agent for
Eastern Division                          P.O. Box 688971                           DIRECTV, LLC
219 S Dearborn                            Des Moines, IA                            Mail Station N387
7th Floor                                 50368-8971                                2230 E Imperial Hwy
Chicago, IL 60604-1702                                                              El Segundo, CA 90245-3504


American InfoSource LP as agent for       Bank of America                           Bank of America
TD Bank, USA                              Bankruptcy Dept.                          Bankruptcy Dept.
PO Box 248866                             9000 Southside Blvd.                      POB 45224
Oklahoma City, OK  73124-8866             Jacksonville, FL 32256-0793               Jacksonville, FL 32232-5224



CITIMORTGAGE, INC.                        Cabela's Club Visa Signature              Capital Management Services
15W030 North Frontage Road, Suite 100     Bankruptcy Dept.                          Bankruptcy Dept.
Burr Ridge, IL 60527-6921                 4800 NW 1st Street #300                   698 1/2 South Ogden Street
                                          Lincoln, NE 68521-4463                    Buffalo, NY 14206-2317



Cement Masons Local 502 Fringe Benefit Funds   Charter One                          Citi Mortgage
c/o Donald D. Schwartz, Authorized Agent       Bankruptcy Dept.                     Bankruptcy Dept.
Arnold and Kadjan                              480 Jefferson Blvd. Mail Stp RJE135  350 Highland Drive
203 N. LaSalle St. #1650                       Warwick, RI 02886-1359               Lewisville, TX 75067-4177
Chicago, IL 60601-1257

Citi Mortgage                             Citi Mortgage                             Citi Mortgage
Bankruptcy Dept.                          Bankruptcy Dept.                          Bankruptcy Dept.
4740 121st Street                         P.O. Box 9438                             POB 183040
Urbandale, IA 50323-2402                  Gaithersburg, MD 20898-9438               Columbus, OH 43218-3040



Citi Mortgage                             Citi Mortgage                             Citi Mortgage
Bankruptcy Dept.                          Bankruptcy Dept.                          Bankruptcy Dept.
POB 6243                                  POB 689196                                POB 9442
Sioux Falls, SD 57117-6243                Des Moines, IA 50368-9196                 Gaithersburg, MD 20898-9442



Citi Mortgage, Inc.                       Citi Residential Lending                  Citibank, N.A.
Bankruptcy Dept.                          Bankruptcy Dept.                          c/o American InfoSource LP
POB 79022  MS322                          P.O. Box 11000                            PO Box 248840
Saint Louis, MO 63179-0022                Santa Ana, CA 92711-1000                  Oklahoma City, OK  73124-8840



(p)DIRECTV LLC                            Illinois Department of Revenue  *         Illinois Department of Revenue Bankruptcy Se
ATTN BANKRUPTCIES                         Bankruptcy Dept                           P.O. Box 64338
PO BOX 6550                               POB 64338                                 Chicago, Illinois 60664-0338
GREENWOOD VILLAGE CO 80155-6550           Chicago, IL 60664-0338



Illinois Premium Seating                  Internal Revenue Service*                 Laborer's Pension & Welfare Funds
Bankruptcy Dept.                          Bankruptcy Dept.                          Office of Fund Counsel
1700 South Fourth Street                  POB 7346                                  111 West Jackson Blvd.  #1415
Champaign, IL 61820-6941                  Philadelphia, PA 19101-7346               Chicago, IL 60604-3868
```

| | | |
|---|---|---|
| Laborers Pension & Welfare<br>Bankruptcy Dept.<br>11465 West Cermak Road<br>Westchester, IL 60154-5768 | Macy's American Express<br>Bankruptcy Dept.<br>9111 Duke Blvd.<br>Mason, OH 45040-8999 | McCann Industries<br>c/o Michael Nigro<br>1793 Bloomingdale Road<br>Glendale Heights, IL 60139-3800 |
| McCann Industries, Inc.<br>Springer Brown LLC<br>400 S County Farm Road Suite 330<br>Wheaton IL 60187-4547 | Moore Legal Center, P.C.<br>Bankruptcy Dept.<br>401 Hall Street, SW<br>Grand Rapids, MI 49503-4988 | Patricia Camp<br>1600 Heather Lane<br>Darien, IL 60561-5326 |
| Peter & Nancy Vrdolyak<br>11020 Dover Court<br>Orland Park, IL 60467-9419 | RBS Citizens<br>443 Jefferson Blvd<br>RJW 135<br>Warwick RI 02886-1321 | Roberts McGivney Zagotta LLC<br>Bankruptcy Dept.<br>55 West Monroe  #1700<br>Chicago, IL 60603-5125 |
| TRUSTEES OF THE CEMENT MASONS LOCAL 502 FRIN<br>c/o Donald D. Schwartz, Esq-ARNOLD AND K<br>203 N. LaSalle, Suite 1650<br>Chicago, IL 60601-1257<br>Telephone (312) 236-0415 | Target Visa Credit Card<br>Bankruptcy Dept.<br>3701 Wayzata Blvd.<br>Minneapolis, MN 55416-3401 | Trustees of the Cement Masons<br>c/o Donald D. Schwartz<br>203 North LaSalle  #1650<br>Chicago, IL 60601-1257 |
| WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Benjamin A Kelly<br>26 Pine Street<br>Capentersville, IL 60110-1632 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 |
| Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Philip E Groben |
| Robert C. Camp<br>1600 Heather Lane<br>Darien, IL 60561-5326 | Thomas F. Fezzey<br>Thomas F. Fezzey, Attorney at Law<br>600 West Roosevelt Road Ste B-1<br>Wheaton, IL 60187-2302 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DirecTV
Bankruptcy Dept.
POB 9001069
Louisville, KY 40290-1069

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)McCann Industries, Inc.   (d)HUDSON CITY SAVINGS BANK   (u)Peter J. Vrdolyak
                             c/o Codilis and Associates, P.C.
                             15W030 North Frontage Road, Suite 100
                             Burr Ridge, IL 60527-6921


End of Label Matrix
Mailable recipients    49
Bypassed recipients     3
Total                  52