IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| **ROBERT C. CAMP** | ) | Case No. 13-01028 |
| | ) | |
| Debtor(s). | ) | Hon. **Donald R. Cassling** |

### TRUSTEE'S REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

Now comes GINA B. KROL, Trustee herein pursuant to 11 U.S.C. 347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. That on January 10, 2013, the above-referenced Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code.  The Trustee was appointed on April 16, 2014 and continues to serve as Trustee in this case.

2. That on or about January 10, 2013, the Trustee, sent distribution checks via U.S. Mail to the medical lienholders listed on the attached Exhibit A.

3. That the distribution check for these creditors remains outstanding or has been returned as undeliverable.  All reasonable attempts to locate these creditors have failed.

4. That by reason of the foregoing, Trustee has stopped payment on distribution check which has not been cashed by said creditor and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to 347 of the Bankruptcy Code.

Respectfully submitted,

GINA B. KROL
COHEN & KROL
105 W. Madison St., Ste 1100          /s/ Gina B. Krol, Trustee
Chicago, IL 60602
(312) 368-0300

## **EXHIBIT A**

| | |
|---|---|
| Stand Up MRI | $1,347.68 |
| Pinnacle Pain Center | 5,757.58 |
| TOTAL: | $7,105.26 |