# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CAMP, ROBERT C. § Case No. 13-01028 DRC
§
_____Debtor_____ §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/10/2013 . The undersigned trustee was appointed on 01/10/2013 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $   565,000.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 233,047.72 |
| Bank service fees | 1,985.42 |
| Other payments to creditors | 209,821.80 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 105,145.06 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/10/2014 and the deadline for filing governmental claims was 01/10/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 30,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 30,750.00 , for a total compensation of $ 30,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 12.61 , for total expenses of $ 12.61 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/15/2016     By: /s/GINA B. KROL
                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 13-01028 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | CAMP, ROBERT C. | | | Date Filed (f) or Converted (c): | 01/10/13 (f) |
| | | | | 341(a) Meeting Date: | 02/15/13 |
| For Period Ending: | 11/15/16 | | | Claims Bar Date: | 01/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1600 HEATHER LANE, DARIEN, ILLINOIS 60561. SINGL | 501,984.00 | 0.00 | OA | 0.00 | FA |
| 2. checking Account At Charter One | 200.00 | 0.00 | OA | 0.00 | FA |
| 3. Savings Account at Charter One | 135.00 | 0.00 | OA | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | OA | 0.00 | FA |
| 6. GOLF CLUBS | 100.00 | 0.00 | OA | 0.00 | FA |
| 7. 1.03% interest in Charter Fitness Holding I LLC | Unknown | 7,500.00 | | 7,500.00 | FA |
| 8. 33% interest in Founders Crossing 1B LLC | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 9. PERSONAL INJURY | Unknown | 500,000.00 | | 550,000.00 | FA |
| 10. 2007 Cadillac Escalade 4D Sport Utility Vehicle | 23,000.00 | 0.00 | OA | 0.00 | FA |
| 11. 2003 Cadillac Escalade 4D Crew Cab | 2,500.00 | 0.00 | OA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $529,919.00 | $515,000.00 | | $565,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Claim objection pending; Hearing set for 11/4/16; TFR to follow; special counsel is working with claimaints regarding outstanding checks and clearance of same;

October 12, 2016, 02:39 pm

PI case is still pending

October 07, 2015, 04:19 pm

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: 13-01028 DRC Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: CAMP, ROBERT C. | Date Filed (f) or Converted (c): | 01/10/13 (f) |
| | 341(a) Meeting Date: | 02/15/13 |
| | Claims Bar Date: | 01/10/14 |

Debtor's PI attorney made settlement demand. Case is in binding arbitration

October 02, 2014, 01:10 pm

Trustee sold Debtor's interests in closely held LLC's. There is a dispute as to validity of judgment lien

Debtor has a pi case which trustee has retained special counsel to pursue.

October 16, 2013, 05:10 pm

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 03/31/17

/s/  GINA B. KROL
_____   Date: 11/15/16
  GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-01028 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CAMP, ROBERT C. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0758 Checking Account |
| Taxpayer ID No: | *******8070 | | | |
| For Period Ending: | 11/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/09/13 | 7, 8 | Peter J. Vrdolyak III | | 1129-000 | 15,000.00 | | 15,000.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.54 | 14,983.46 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.56 | 14,961.90 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.24 | 14,939.66 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.21 | 14,917.45 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.03 | 14,897.42 |
| 04/01/14 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 13.13 | 14,884.29 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.15 | 14,862.14 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.39 | 14,840.75 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.06 | 14,818.69 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.32 | 14,797.37 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.00 | 14,775.37 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.97 | 14,753.40 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.23 | 14,732.17 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.90 | 14,710.27 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.16 | 14,689.11 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.84 | 14,667.27 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.81 | 14,645.46 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 8.37 | 14,637.09 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY 10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.66 | 14,617.43 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.73 | 14,595.70 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.00 | 14,574.70 |
| | | | Page Subtotals | | 15,000.00 | 425.30 | |

LFORM24 UST Form 101-7-TFR (5/1/2011) *(Page: 5)* Ver: 19.06b

FORM 2

Page: 2
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-01028 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CAMP, ROBERT C. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0758 Checking Account |
| Taxpayer ID No: | *******8070 | | | |
| For Period Ending: | 11/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.67 | 14,553.03 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.94 | 14,532.09 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.61 | 14,510.48 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.57 | 14,488.91 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.85 | 14,468.06 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.51 | 14,446.55 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.78 | 14,425.77 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.45 | 14,404.32 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.42 | 14,382.90 |
| 02/18/16 | 030003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 8.12 | 14,374.78 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.00 | 14,354.78 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.34 | 14,333.44 |
| 04/13/16 | 9 | Country Financial<br>PO Box 2100<br>Bloomington, IL 61702 | PI Settlement | 1142-000 | 500,000.00 | | 514,333.44 |
| 04/13/16 | 9 | Country Financial<br>PO Box 2100<br>Bloomington, IL 61702 | PI Settlement | 1142-000 | 50,000.00 | | 564,333.44 |
| 04/18/16 | 030004 | The Vrdolyak Law Group LLC<br>741 N. Dearborn Street<br>Chciago, IL 60654 | Special Counsel Fees per Court Orde | 3210-600 | | 220,000.00 | 344,333.44 |
| 04/18/16 | 030005 | The Vrdolyak Law Group LLC<br>741 N. Dearborn Street<br>Chciago, IL 60654 | Special Counsel Expenses | 3220-610 | | 13,018.10 | 331,315.34 |
| 04/18/16 | 030006 | Illinois Neurospine Institute | Medical Lien | 4220-000 | | 63,115.96 | 268,199.38 |
| 04/18/16 | 030007 | Northwestern Hospital | Medical Lien | 4220-000 | | 6,978.52 | 261,220.86 |

Page Subtotals 550,000.00 303,353.84

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 13-01028 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | CAMP, ROBERT C. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0758 Checking Account |
| Taxpayer ID No: | *******8070 | | | |
| For Period Ending: | 11/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/18/16 | 030008 | Surgical Center at 900 North | Medical Lien | 4220-000 | | 66,542.72 | 194,678.14 |
| 04/18/16 | 030009 | Ambulatory Anestesia | Medical Lien | 4220-000 | | 8,475.40 | 186,202.74 |
| 04/18/16 | 030010 | Thera Core | Medical Lien | 4220-000 | | 1,167.99 | 185,034.75 |
| 04/18/16 | 030011 | American MRI | Medical Lien | 4220-000 | | 2,545.62 | 182,489.13 |
| * 04/18/16 | 030012 | Pinnacle Pain Center | Medical Lien | 4220-003 | | 5,757.58 | 176,731.55 |
| 04/18/16 | 030013 | Oak Brook Surgical Center | Medical Lien | 4220-000 | | 15,000.00 | 161,731.55 |
| 04/18/16 | 030014 | Oak Brook Anesthesia | Medical Lien | 4220-000 | | 842.30 | 160,889.25 |
| 04/18/16 | 030015 | Oak Brook Radiology | Medical Lien | 4220-000 | | 2,040.00 | 158,849.25 |
| * 04/18/16 | 030016 | Stand Up MRI | Medical Lien | 4220-003 | | 1,347.68 | 157,501.57 |
| 04/18/16 | 030017 | EQ MD | Medical Lien | 4220-000 | | 26,580.00 | 130,921.57 |
| 04/18/16 | 030018 | New Script | Medical Lien | 4220-000 | | 1,924.19 | 128,997.38 |
| 04/18/16 | 030019 | RX Solutions | Medical Lien | 4220-000 | | 7,503.84 | 121,493.54 |
| 04/18/16 | 030020 | Robert Camp | Exemption | 8100-000 | | 15,000.00 | 106,493.54 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 342.49 | 106,151.05 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 269.94 | 105,881.11 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 188.28 | 105,692.83 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 191.26 | 105,501.57 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 190.95 | 105,310.62 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 165.56 | 105,145.06 |
| * 11/07/16 | 030012 | Pinnacle Pain Center | Medical Lien | 4220-003 | | -5,757.58 | 110,902.64 |
| * 11/07/16 | 030016 | Stand Up MRI | Medical Lien | 4220-003 | | -1,347.68 | 112,250.32 |
| 11/07/16 | 030021 | CLERK OF US BANKRUPTCY COURT 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Medical Lien medical lien payment to Pinnacle Pain Center | 4220-001 | | 5,757.58 | 106,492.74 |
| 11/07/16 | 030022 | CLERK OF US BANKRUPTCY COURT 219 S. Dearborn Street 7th Floor Chicago, IL 60604 | Medical Lien medical lien payment to Stand Up MRI | 4220-001 | | 1,347.68 | 105,145.06 |

Page Subtotals   0.00   156,075.80

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 13-01028 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CAMP, ROBERT C. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0758  Checking Account |
| Taxpayer ID No: | *******8070 | | |
| For Period Ending: | 11/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  | Deposits | Disbursements | Balance |
|---|---|---|---|---|---|---|
|  |  | COLUMN TOTALS |  | 565,000.00 | 459,854.94 | 105,145.06 |
|  |  | Less: Bank Transfers/CD's |  | 0.00 | 0.00 | |
|  |  | Subtotal |  | 565,000.00 | 459,854.94 | |
|  |  | Less: Payments to Debtors |  |  | 15,000.00 | |
|  |  | Net |  | 565,000.00 | 444,854.94 | |
|  |  |  |  |  | NET | ACCOUNT |
|  |  | TOTAL - ALL ACCOUNTS |  | NET DEPOSITS | DISBURSEMENTS | BALANCE |
|  |  | Checking Account - *******0758 |  | 565,000.00 | 444,854.94 | 105,145.06 |
|  |  |  |  | ---------------------- | ---------------------- | ---------------------- |
|  |  |  |  | 565,000.00 | 444,854.94 | 105,145.06 |
|  |  |  |  | ============ | ============ | ============ |
|  |  |  |  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 15, 2016 |
|---|---|---|---|---|---|---|

Case Number: 13-01028  
Debtor Name: CAMP, ROBERT C.  

Priority Sequence  
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | GINA B. KROL<br>105 W. Adams Street<br>31st Floor<br>Chicago, IL 60606 | Administrative | | $0.00 | $30,762.61 | $30,762.61 |
| 001<br>3110-00 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $6,930.40 | $6,930.40 |
| 001<br>3210-00 | VRDOLYAK LAW GROUP, LLC<br>741 N. DEARBORN STREET<br>CHICAGO, IL 60654 | Administrative | | $0.00 | $233,018.10 | $233,018.10 |
| 000005A<br>040<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $11,729.96 | $11,729.96 |
| 000001B<br>050<br>4220-00 | McCann Industries, Inc.<br>Springer Brown LLC<br>400 S County Farm Road Suite 330<br>Wheaton IL 60187 | Secured<br>Claim settled; allowed secured claim for 70% of funds on hand after payment of administrative claims | | $0.00 | $47,216.44 | $47,216.44 |
| 000011<br>050<br>4110-00 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA<br>50368-8971 | Secured<br>Withdrawn | | $0.00 | $553,903.29 | $0.00 |
| 000001A<br>070<br>7100-90 | McCann Industries, Inc.<br>Springer Brown LLC<br>400 S County Farm Road Suite 330<br>Wheaton IL 60187 | Unsecured<br>settled claim<br>secured claim allowed in the amount of 70% of funds on hand after administration fees & costs<br>all other claims waived | | $0.00 | $354,344.44 | $0.00 |
| 000002<br>070<br>7100-90 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | | $0.00 | $7,425.74 | $7,425.74 |
| 000003<br>070<br>7100-00 | Laborer's Pension & Welfare Funds<br>Office of Fund Counsel<br>111 West Jackson Blvd. #1415<br>Chicago, IL 60604 | Unsecured | | $0.00 | $252,430.34 | $252,430.34 |
| 000004<br>070<br>7100-90 | RBS Citizens<br>443 Jefferson Blvd<br>RJW 135<br>Warwick RI 02886 | Unsecured | | $0.00 | $10,676.98 | $10,676.98 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: November 15, 2016 |
|---|---|---|---|---|---|---|

Case Number: 13-01028
Debtor Name: CAMP, ROBERT C.

Priority Sequence
Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005<br>070<br>7100-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Unsecured | | $0.00 | $4,000.75 | $4,000.75 |
| 000006<br>070<br>7100-90 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | | $0.00 | $12,722.37 | $12,722.37 |
| 000007<br>070<br>7100-00 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245 | Unsecured | | $0.00 | $197.94 | $197.94 |
| 000008<br>070<br>7100-00 | Peter & Nancy Vrdolyak<br>11020 Dover Court<br>Orland Park, IL 60457 | Unsecured | | $0.00 | $440,077.49 | $440,077.49 |
| 000009<br>070<br>7100-90 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $0.00 | $2,747.13 | $2,747.13 |
| 000010<br>070<br>7100-00 | Cement Masons Local 502 Fringe<br>Benefit<br>Funds<br>c/o Donald D. Schwartz, Authorized<br>Agent<br>Arnold and Kadjan<br>203 N. LaSalle St. #1650<br>Chicago, IL 60601 | Unsecured | | $0.00 | $169,260.72 | $169,260.72 |
| 000012<br>070<br>7100-00 | TRUSTEES OF THE CEMENT<br>MASONS LOCAL 502<br>FRINGE BEN<br>c/o Donald D. Schwartz,<br>Esq-ARNOLD AND K<br>203 N. LaSalle, Suite 1650<br>Chicago, IL 60601<br>Telephone (312) 236-0415 | Unsecured | | $0.00 | $0.00 | $0.00 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $0.00 | $21.50 | $21.50 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $8.12 | $8.12 |

| | | EXHIBIT C | | Date: November 15, 2016 |
|---|---|---|---|---|

Page 3

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-01028  Priority Sequence
Debtor Name: CAMP, ROBERT C.  Joint Debtor:

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $2,137,474.32 | $1,229,226.59 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-01028 DRC
Case Name: CAMP, ROBERT C.
Trustee Name: GINA B. KROL

    Balance on hand    $    105,145.06

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000011 | CitiMortgage, Inc.<br>P.O. Box 688971<br>Des Moines, IA 50368-8971 | $ 553,903.29 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000001B | McCann Industries, Inc.<br>Springer Brown LLC<br>400 S County Farm Road Suite 330<br>Wheaton IL 60187 | $ 47,216.44 | $ 47,216.44 | $ 0.00 | $ 47,216.44 |

    Total to be paid to secured creditors    $    47,216.44

    Remaining Balance    $    57,928.62

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 30,750.00 | $ 0.00 | $ 30,750.00 |
| Trustee Expenses: GINA B. KROL | $ 12.61 | $ 0.00 | $ 12.61 |
| Attorney for Trustee Fees: Cohen & Krol | $ 6,787.50 | $ 0.00 | $ 6,787.50 |
| Attorney for Trustee Expenses: Cohen & Krol | $ 142.90 | $ 0.00 | $ 142.90 |
| Other: International Sureties Ltd. | $ 21.50 | $ 21.50 | $ 0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: VRDOLYAK LAW GROUP, LLC | $ 220,000.00 | $ 220,000.00 | $ 0.00 |
| Other: VRDOLYAK LAW GROUP, LLC | $ 13,018.10 | $ 13,018.10 | $ 0.00 |
| Other: ADAMS-LEVINE | $ 8.12 | $ 8.12 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 37,693.01

Remaining Balance $ 20,235.61

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,729.96 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005A | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 11,729.96 | $ 0.00 | $ 11,729.96 |

Total to be paid to priority creditors $ 11,729.96

Remaining Balance $ 8,505.65

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 899,539.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000001A | McCann Industries, Inc. Springer Brown LLC 400 S County Farm Road Suite 330 Wheaton IL 60187 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | $ 7,425.74 | $ 0.00 | $ 70.21 |
| 000003 | Laborer's Pension & Welfare Funds Office of Fund Counsel 111 West Jackson Blvd. #1415 Chicago, IL 60604 | $ 252,430.34 | $ 0.00 | $ 2,386.87 |
| 000004 | RBS Citizens 443 Jefferson Blvd RJW 135 Warwick RI 02886 | $ 10,676.98 | $ 0.00 | $ 100.96 |
| 000006 | WORLD'S FOREMOST BANK CABELA'S CLUB VISA PO BOX 82609 LINCOLN, NE 68501-2609 | $ 12,722.37 | $ 0.00 | $ 120.30 |
| 000007 | American InfoSource LP as agent for DIRECTV, LLC Mail Station N387 2230 E Imperial Hwy El Segundo, CA 90245 | $ 197.94 | $ 0.00 | $ 1.87 |
| 000008 | Peter & Nancy Vrdolyak 11020 Dover Court Orland Park, IL 60457 | $ 440,077.49 | $ 0.00 | $ 4,161.18 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ 2,747.13 | $ 0.00 | $ 25.98 |
| 000010 | Cement Masons Local 502 Fringe Benefit Funds<br>c/o Donald D. Schwartz, Authorized Agent<br>Arnold and Kadjan<br>203 N. LaSalle St. #1650<br>Chicago, IL 60601 | $ 169,260.72 | $ 0.00 | $ 1,600.45 |
| 000005 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 4,000.75 | $ 0.00 | $ 37.83 |
| | Total to be paid to timely general unsecured creditors | | $ | 8,505.65 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE