# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: § <br> § <br> CAMP, ROBERT C. § <br> § <br> Debtor § | Case No. 13-01028 DRC |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 508,019.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 21,900.00 |
| Total Distributions to Claimants: 277,273.85 | Claims Discharged <br> Without Payment: 1,442,087.76 |
| Total Expenses of Administration: 272,726.15 | |

3) Total gross receipts of $ 565,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 550,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,003,823.25 | $ 810,941.53 | $ 257,038.24 | $ 257,038.24 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 272,726.15 | 272,726.15 | 272,726.15 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 293,500.00 | 11,729.96 | 11,729.96 | 11,729.96 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 973,241.45 | 1,253,883.90 | 899,539.46 | 8,505.65 |
| **TOTAL DISBURSEMENTS** | $ 2,270,564.70 | $ 2,349,281.54 | $ 1,441,033.81 | $ 550,000.00 |

4) This case was originally filed under chapter 7 on 01/10/2013 . The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/16/2017          By:/s/GINA B. KROL
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1.03% interest in Charter Fitness Holding I LLC | 1129-000 | 7,500.00 |
| 33% interest in Founders Crossing 1B LLC | 1129-000 | 7,500.00 |
| PERSONAL INJURY | 1142-000 | 550,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 565,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert Camp | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Bankruptcy Dept. 9000 Southside Blvd. Jacksonville, FL 32256 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Bankruptcy Dept. POB 45224 Jacksonville, FL 32232-5224 | | 19,756.00 | NA | NA | 0.00 |
| | Citi Mortgage Bankruptcy Dept. 350 Highland Drive Lewisville, TX 75067 | | 0.00 | NA | NA | 0.00 |
| | Citi Mortgage Bankruptcy Dept. 4740 121st Street Urbandale, IA 50323-2402 | | 0.00 | NA | NA | 0.00 |
| | Citi Mortgage Bankruptcy Dept. POB 183040 Columbus, OH 43218-3040 | | 0.00 | NA | NA | 0.00 |
| | Citi Mortgage Bankruptcy Dept. POB 6243 Sioux Falls, SD 57117-6243 | | 0.00 | NA | NA | 0.00 |
| | Citi Mortgage Bankruptcy Dept. POB 689196 Des Moines, IA 50368-9196 | | 0.00 | NA | NA | 0.00 |
| | Citi Mortgage Bankruptcy Dept. POB 9442 Gaithersburg, MD 20898-9442 | | 0.00 | NA | NA | 0.00 |
| | Citi Mortgage, Inc. Bankruptcy Dept. POB 79022 MS322 Saint Louis, MO 63179-0022 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi Residential Lending Bankruptcy Dept. P.O. Box 11000 Santa Ana, CA 92711-1000 | | 0.00 | NA | NA | 0.00 |
| | Peter & Nancy Vrdolyak 11020 Dover Court Orland Park, IL 60457 | | 429,340.13 | NA | NA | 0.00 |
| 000011 | CITIMORTGAGE, INC. | 4110-000 | 554,727.12 | 553,903.29 | 0.00 | 0.00 |
| | AMBULATORY ANESTESIA | 4220-000 | NA | 8,475.40 | 8,475.40 | 8,475.40 |
| | AMERICAN MRI | 4220-000 | NA | 2,545.62 | 2,545.62 | 2,545.62 |
| | EQ MD | 4220-000 | NA | 26,580.00 | 26,580.00 | 26,580.00 |
| | ILLINOIS NEUROSPINE INSTITUTE | 4220-000 | NA | 63,115.96 | 63,115.96 | 63,115.96 |
| 000001B | MCCANN INDUSTRIES, INC. | 4220-000 | NA | 47,216.44 | 47,216.44 | 47,216.44 |
| | NEW SCRIPT | 4220-000 | NA | 1,924.19 | 1,924.19 | 1,924.19 |
| | NORTHWESTERN HOSPITAL | 4220-000 | NA | 6,978.52 | 6,978.52 | 6,978.52 |
| | OAK BROOK ANESTHESIA | 4220-000 | NA | 842.30 | 842.30 | 842.30 |
| | OAK BROOK RADIOLOGY | 4220-000 | NA | 2,040.00 | 2,040.00 | 2,040.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OAK BROOK SURGICAL CENTER | 4220-000 | NA | 15,000.00 | 15,000.00 | 15,000.00 |
| | RX SOLUTIONS | 4220-000 | NA | 7,503.84 | 7,503.84 | 7,503.84 |
| | SURGICAL CENTER AT 900 NORTH | 4220-000 | NA | 66,542.72 | 66,542.72 | 66,542.72 |
| | THERA CORE | 4220-000 | NA | 1,167.99 | 1,167.99 | 1,167.99 |
| | CLERK OF US BANKRUPTCY COURT | 4220-001 | NA | 7,105.26 | 7,105.26 | 7,105.26 |
| TOTAL SECURED CLAIMS | | | $ 1,003,823.25 | $ 810,941.53 | $ 257,038.24 | $ 257,038.24 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KROL, GINA B. | 2100-000 | NA | 30,750.00 | 30,750.00 | 30,750.00 |
| KROL, GINA B. | 2200-000 | NA | 12.61 | 12.61 | 12.61 |
| ADAMS-LEVINE | 2300-000 | NA | 8.12 | 8.12 | 8.12 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 21.50 | 21.50 | 21.50 |
| ASSOCIATED BANK | 2600-000 | NA | 1,985.42 | 1,985.42 | 1,985.42 |
| COHEN & KROL | 3110-000 | NA | 4,525.02 | 4,525.02 | 4,525.02 |
| GINA B. KROL | 3110-000 | NA | 2,262.48 | 2,262.48 | 2,262.48 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN & KROL | 3120-000 | NA | 142.90 | 142.90 | 142.90 |
| VRDOLYAK LAW GROUP, LLC | 3210-600 | NA | 220,000.00 | 220,000.00 | 220,000.00 |
| VRDOLYAK LAW GROUP, LLC | 3220-610 | NA | 13,018.10 | 13,018.10 | 13,018.10 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 272,726.15 | $ 272,726.15 | $ 272,726.15 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service* Bankruptcy Dept. POB 7346 Philadelphia, PA 19101-7346 | | 267,000.00 | NA | NA | 0.00 |
| 000005A | ILLINOIS DEPARTMENT OF REVENUE BANK | 5800-000 | 26,500.00 | 11,729.96 | 11,729.96 | 11,729.96 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 293,500.00 | $ 11,729.96 | $ 11,729.96 | $ 11,729.96 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Capital Management Services Bankruptcy Dept. 698 1/2 South Ogden Street Buffalo, NY 14206-2317 |  | 2,747.13 | NA | NA | 0.00 |
|  | Illinois Premium Seating Bankruptcy Dept. 1700 South Fourth Street Champaign, IL 61820 |  | 56,864.00 | NA | NA | 0.00 |
|  | Laborer's Pension & Welfare Funds Office of Fund Counsel 111 West Jackson Blvd. #1415 Chicago, IL 60604 |  | 94,840.16 | NA | NA | 0.00 |
|  | Laborers Pension & Welfare Bankruptcy Dept. 11465 West Cermak Road Westchester, IL 60154 |  | 0.00 | NA | NA | 0.00 |
|  | Macy's American Express Bankruptcy Dept. 9111 Duke Blvd. Mason, OH 45040 |  | 1,363.98 | NA | NA | 0.00 |
|  | McCann Industries, Inc. Bankruptcy Dept. 543 South Rohlwing Road Addison, IL 60101 |  | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Moore Legal Center, P.C. Bankruptcy Dept. 401 Hall Street, SW Grand Rapids, MI 49503 | | 38,000.00 | NA | NA | 0.00 |
| | Patricia Camp 1600 Heather Lane Darien, IL 60561 | | 75,000.00 | NA | NA | 0.00 |
| | Roberts McGivney Zagotta LLC Bankruptcy Dept. 55 West Monroe #1700 Chicago, IL 60603 | | 15,238.68 | NA | NA | 0.00 |
| 000010 | CEMENT MASONS LOCAL 502 FRINGE BENE | 7100-000 | 169,260.72 | 169,260.72 | 169,260.72 | 1,600.45 |
| 000005 | ILLINOIS DEPARTMENT OF REVENUE | 7100-000 | NA | 4,000.75 | 4,000.75 | 37.83 |
| 000003 | LABORER'S PENSION & WELFARE FUNDS | 7100-000 | NA | 252,430.34 | 252,430.34 | 2,386.87 |
| 000008 | PETER & NANCY VRDOLYAK | 7100-000 | NA | 440,077.49 | 440,077.49 | 4,161.18 |
| 000012 | TRUSTEES OF THE CEMENT MASONS LOCAL | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-001 | 197.94 | 197.94 | 197.94 | 1.87 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 7,602.79 | 7,425.74 | 7,425.74 | 70.21 |
| 000009 | CITIBANK, N.A. | 7100-900 | NA | 2,747.13 | 2,747.13 | 25.98 |
| 000001A | MCCANN INDUSTRIES, INC. | 7100-900 | 489,025.37 | 354,344.44 | 0.00 | 0.00 |
| 000004 | RBS CITIZENS | 7100-900 | 10,320.44 | 10,676.98 | 10,676.98 | 100.96 |
| 000006 | WORLD'S FOREMOST BANK | 7100-900 | 12,780.24 | 12,722.37 | 12,722.37 | 120.30 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 973,241.45 | $ 1,253,883.90 | $ 899,539.46 | $ 8,505.65 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 13-01028 | DRC | Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | CAMP, ROBERT C. | | | Date Filed (f) or Converted (c): | 01/10/13 (f) |
| | | | | 341(a) Meeting Date: | 02/15/13 |
| For Period Ending: | 02/16/17 | | | Claims Bar Date: | 01/10/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1600 HEATHER LANE, DARIEN, ILLINOIS 60561. SINGL | 501,984.00 | 0.00 | OA | 0.00 | FA |
| 2. checking Account At Charter One | 200.00 | 0.00 | OA | 0.00 | FA |
| 3. Savings Account at Charter One | 135.00 | 0.00 | OA | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,500.00 | 0.00 | OA | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | OA | 0.00 | FA |
| 6. GOLF CLUBS | 100.00 | 0.00 | OA | 0.00 | FA |
| 7. 1.03% interest in Charter Fitness Holding I LLC | Unknown | 7,500.00 | | 7,500.00 | FA |
| 8. 33% interest in Founders Crossing 1B LLC | 0.00 | 7,500.00 | | 7,500.00 | FA |
| 9. PERSONAL INJURY | Unknown | 500,000.00 | | 550,000.00 | FA |
| 10. 2007 Cadillac Escalade 4D Sport Utility Vehicle | 23,000.00 | 0.00 | OA | 0.00 | FA |
| 11. 2003 Cadillac Escalade 4D Crew Cab | 2,500.00 | 0.00 | OA | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $529,919.00 | $515,000.00 | | $565,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

sent TFR to US Tee for Review November 16, 2016, 01:17 pm

Claim objection pending; Hearing set for 11/4/16; TFR to follow; special counsel is working with claimaints regarding
outstanding checks and clearance of same;
October 12, 2016, 02:39 pm

PI case is still pending

LFORM1
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

Ver: 19.06c

Case 13-01028    Doc 91    Filed 03/06/17    Entered 03/06/17 14:12:07    Desc Main
Document      Page 12 of 18

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-01028    DRC    Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
| Case Name: | CAMP, ROBERT C. | Date Filed (f) or Converted (c): | 01/10/13 (f) |
| | | 341(a) Meeting Date: | 02/15/13 |
| | | Claims Bar Date: | 01/10/14 |

October 07, 2015, 04:19 pm

Debtor's PI attorney made settlement demand. Case is in binding arbitration

October 02, 2014, 01:10 pm

Trustee sold Debtor's interests in closely held LLC's. There is a dispute as to validity of judgment lien

Debtor has a pi case which trustee has retained special counsel to pursue.

October 16, 2013, 05:10 pm

Initial Projected Date of Final Report (TFR): 12/31/15    Current Projected Date of Final Report (TFR): 03/31/17

/s/    GINA B. KROL
_____    Date: 02/16/17
    GINA B. KROL

FORM 2

Page: 1

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-01028 -DRC | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | CAMP, ROBERT C. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0758 Checking Account |
| Taxpayer ID No: | *******8070 | | | |
| For Period Ending: | 02/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/09/13 | 7, 8 | Peter J. Vrdolyak III | | 1129-000 | 15,000.00 | | 15,000.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.54 | 14,983.46 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.56 | 14,961.90 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.24 | 14,939.66 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.21 | 14,917.45 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.03 | 14,897.42 |
| 04/01/14 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 13.13 | 14,884.29 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.15 | 14,862.14 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.39 | 14,840.75 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.06 | 14,818.69 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.32 | 14,797.37 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.00 | 14,775.37 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.97 | 14,753.40 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.23 | 14,732.17 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.90 | 14,710.27 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.16 | 14,689.11 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.84 | 14,667.27 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.81 | 14,645.46 |
| 02/10/15 | 030002 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 8.37 | 14,637.09 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.66 | 14,617.43 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.73 | 14,595.70 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.00 | 14,574.70 |

Page Subtotals    15,000.00    425.30

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-01028 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | CAMP, ROBERT C. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0758 Checking Account |
| Taxpayer ID No: | *******8070 | | |
| For Period Ending: | 02/16/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.67 | 14,553.03 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.94 | 14,532.09 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.61 | 14,510.48 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.57 | 14,488.91 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.85 | 14,468.06 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.51 | 14,446.55 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.78 | 14,425.77 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.45 | 14,404.32 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.42 | 14,382.90 |
| 02/18/16 | 030003 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Acct #10BSBGR6291 | 2300-000 | | 8.12 | 14,374.78 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 20.00 | 14,354.78 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.34 | 14,333.44 |
| 04/13/16 | 9 | Country Financial<br>PO Box 2100<br>Bloomington, IL 61702 | PI Settlement | 1142-000 | 500,000.00 | | 514,333.44 |
| 04/13/16 | 9 | Country Financial<br>PO Box 2100<br>Bloomington, IL 61702 | PI Settlement | 1142-000 | 50,000.00 | | 564,333.44 |
| 04/18/16 | 030004 | The Vrdolyak Law Group LLC<br>741 N. Dearborn Street<br>Chciago, IL 60654 | Special Counsel Fees per Court Orde | 3210-600 | | 220,000.00 | 344,333.44 |
| 04/18/16 | 030005 | The Vrdolyak Law Group LLC<br>741 N. Dearborn Street<br>Chciago, IL 60654 | Special Counsel Expenses | 3220-610 | | 13,018.10 | 331,315.34 |
| 04/18/16 | 030006 | Illinois Neurospine Institute | Medical Lien | 4220-000 | | 63,115.96 | 268,199.38 |
| 04/18/16 | 030007 | Northwestern Hospital | Medical Lien | 4220-000 | | 6,978.52 | 261,220.86 |

Page Subtotals 550,000.00 303,353.84

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-01028 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CAMP, ROBERT C. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0758 Checking Account |
| Taxpayer ID No: | *******8070 | | | |
| For Period Ending: | 02/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/18/16 | 030008 | Surgical Center at 900 North | Medical Lien | 4220-000 | | 66,542.72 | 194,678.14 |
| 04/18/16 | 030009 | Ambulatory Anestesia | Medical Lien | 4220-000 | | 8,475.40 | 186,202.74 |
| 04/18/16 | 030010 | Thera Core | Medical Lien | 4220-000 | | 1,167.99 | 185,034.75 |
| 04/18/16 | 030011 | American MRI | Medical Lien | 4220-000 | | 2,545.62 | 182,489.13 |
| * 04/18/16 | 030012 | Pinnacle Pain Center | Medical Lien | 4220-003 | | 5,757.58 | 176,731.55 |
| 04/18/16 | 030013 | Oak Brook Surgical Center | Medical Lien | 4220-000 | | 15,000.00 | 161,731.55 |
| 04/18/16 | 030014 | Oak Brook Anesthesia | Medical Lien | 4220-000 | | 842.30 | 160,889.25 |
| 04/18/16 | 030015 | Oak Brook Radiology | Medical Lien | 4220-000 | | 2,040.00 | 158,849.25 |
| * 04/18/16 | 030016 | Stand Up MRI | Medical Lien | 4220-003 | | 1,347.68 | 157,501.57 |
| 04/18/16 | 030017 | EQ MD | Medical Lien | 4220-000 | | 26,580.00 | 130,921.57 |
| 04/18/16 | 030018 | New Script | Medical Lien | 4220-000 | | 1,924.19 | 128,997.38 |
| 04/18/16 | 030019 | RX Solutions | Medical Lien | 4220-000 | | 7,503.84 | 121,493.54 |
| 04/18/16 | 030020 | Robert Camp | Exemption | 8100-000 | | 15,000.00 | 106,493.54 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 342.49 | 106,151.05 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 269.94 | 105,881.11 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 188.28 | 105,692.83 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 191.26 | 105,501.57 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 190.95 | 105,310.62 |
| 10/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 165.56 | 105,145.06 |
| * 11/07/16 | 030012 | Pinnacle Pain Center | Medical Lien | 4220-003 | | -5,757.58 | 110,902.64 |
| * 11/07/16 | 030016 | Stand Up MRI | Medical Lien | 4220-003 | | -1,347.68 | 112,250.32 |
| 11/07/16 | 030021 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Medical Lien<br>medical lien payment to Pinnacle Pain Center | 4220-001 | | 5,757.58 | 106,492.74 |
| 11/07/16 | 030022 | CLERK OF US BANKRUPTCY COURT<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Medical Lien<br>medical lien payment to Stand Up MRI | 4220-001 | | 1,347.68 | 105,145.06 |

Page Subtotals     0.00     156,075.80

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-01028 -DRC | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- |
| Case Name: | CAMP, ROBERT C. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0758 Checking Account |
| Taxpayer ID No: | *******8070 | | |
| For Period Ending: | 02/16/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/20/17 | 030023 | GINA B. KROL<br>105 W. Madison<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 30,762.61 | 74,382.45 |
| | | | Fees 30,750.00 | 2100-000 | | | |
| | | | Expenses 12.61 | 2200-000 | | | |
| 01/20/17 | 030024 | Cohen & Krol<br>Attorneys for Trustee<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | | | 4,667.92 | 69,714.53 |
| | | | Fees 4,525.02 | 3110-000 | | | |
| | | | Expenses 142.90 | 3120-000 | | | |
| 01/20/17 | 030025 | GINA B. KROL<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution | 3110-000 | | 2,262.48 | 67,452.05 |
| 01/20/17 | 030026 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Final Distribution | 5800-000 | | 11,729.96 | 55,722.09 |
| 01/20/17 | 030027 | Laborer's Pension & Welfare Funds<br>Office of Fund Counsel<br>111 West Jackson Blvd. #1415<br>Chicago, IL 60604 | Final Distribution | 7100-000 | | 2,386.87 | 53,335.22 |
| 01/20/17 | 030028 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Final Distribution | 7100-000 | | 37.83 | 53,297.39 |
| 01/20/17 | 030029 | Peter & Nancy Vrdolyak | Final Distribution | 7100-000 | | 4,161.18 | 49,136.21 |

Page Subtotals 0.00 56,008.85

Ver: 19.06c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5

Exhibit 9

| Case No: | 13-01028 -DRC | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | CAMP, ROBERT C. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0758  Checking Account |
| Taxpayer ID No: | *******8070 | | | |
| For Period Ending: | 02/16/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/20/17 | 030030 | 11020 Dover Court<br>Orland Park, IL 60457<br>Cement Masons Local 502 Fringe Benefit Funds<br>c/o Donald D. Schwartz, Authorized Agent<br>Arnold and Kadjan<br>203 N. LaSalle St. #1650<br>Chicago, IL 60601 | Final Distribution<br>(10-1) Personal Guaranty by Debtor<br>to Fringe Benefit Contribution | 7100-000 | | 1,600.45 | 47,535.76 |
| 01/20/17 | 030031 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final Distribution | 7100-900 | | 70.21 | 47,465.55 |
| 01/20/17 | 030032 | RBS Citizens<br>443 Jefferson Blvd<br>RJW 135<br>Warwick RI 02886 | Final Distribution<br>(4-1) credit card | 7100-900 | | 100.96 | 47,364.59 |
| 01/20/17 | 030033 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Final Distribution<br>(6-1) 9062 | 7100-900 | | 120.30 | 47,244.29 |
| 01/20/17 | 030034 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Final Distribution | 7100-900 | | 25.98 | 47,218.31 |
| 01/20/17 | 030035 | McCann Industries, Inc.<br>Springer Brown LLC<br>400 S County Farm Road Suite 330<br>Wheaton IL 60187 | Final Distribution<br>(1-1) Guarantee of debt for<br>materials provided.<br>(1-1) Modified on 10/3/2013 to correct creditor address (CC) | 4220-000 | | 47,216.44 | 1.87 |
| 01/20/17 | 030036 | CLERK OF US BANKRUPTCY COURT | REMITTED TO COURT | | | 1.87 | 0.00 |
| | | | Page Subtotals | | 0.00 | 49,136.21 | |

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

Page: 6
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-01028 -DRC | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | CAMP, ROBERT C. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0758  Checking Account |
| Taxpayer ID No: | *******8070 | | |
| For Period Ending: | 02/16/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 219 S. Dearborn Street<br>7th Floor<br>Chicago, IL  60604 | DIVIDENDS REMITTED TO THE COURT<br>ITEM #     CLAIM #          DIVIDEND<br>======================================<br>8           000007               1.87 | 7100-001 | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 565,000.00 | 565,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 565,000.00 | 565,000.00 | |
| Less:  Payments to Debtors | | 15,000.00 | |
| Net | 565,000.00 | 550,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0758 | 565,000.00 | 550,000.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 565,000.00 | 550,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          0.00

Ver: 19.06c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*